

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DANIEL RAY CYRIAK | CIVIL ACTION NO. 05-0361-A |
| VS. | SECTION P |
| WARDEN, HUNT CORRECTIONS CENTER | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 26th day of October, 2005.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**